**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**JOHNNY LONG,**

    **Plaintiff,**

v.                                                  Case No.  8:05-cv-1640-T-30EAJ

**PLAZA PUERTO RICO MANAGEMENT,
INC.,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Stipulation For Voluntary Dismissal With Prejudice (Dkt. #18-1), Stipulation for Settlement (Dkt. #18-2), Statement of Fees, Expenses and Costs (Dkt. #18-3), and Accessibility Disability Consultants Service Invoice (Dkt. #18-4).  The Court, having considered the stipulation of the parties, and being otherwise advised in the premises, finds that the parties' stipulation should be granted in part and denied in part as stated herein.

The Stipulation For Settlement (Dkt. #18-2) are approved **except** for the following terms and conditions:

(A)  Paragraph 8 under the heading "Enforcement Provisions/Compensatory Damages" contained within the Stipulation for Settlement shall not be approved by this Court to the extent that such damages are paid directly to Plaintiff, Johnny Long.  The parties may

agree, in the alternative, to designate a charity for the disabled of their choosing to direct such damages, if any.

    (B)    Expert Fees in the amount of $2,127.50 (11.5 hours at $185.00/hour) shall not be approved by this Court. Rather, the Court approves payment by Defendant to Plaintiff of expert's fees in the amount of $1,050.00 (7 hours at $150.00/hour).

It is therefore ORDERED AND ADJUDGED that:

    1.    The parties' Stipulation For Voluntary Dismissal With Prejudice (Dkt. #18-1) is GRANTED IN PART AND DENIED IN PART as stated herein.

    2.    The Court approves payment by Defendant to Plaintiff of fees and costs in the total amount of $4,922.50 ($3,572.50 in attorneys' fees, $300.00 in costs, and $1,050.00 in expert's fees).

    3.    This case is dismissed with prejudice. All pending motions are denied as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida on May 9, 2006.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2005\05-cv-1640.stip dismiss.wpd